### SIDLE v BAKER

Ohio Appeals, 9th Dist, Wayne Co

Decided Feb 13, 1936

Troutman & Taggart, Wooster, for plaintiff in error.

Wilbur E. Benoy, Columbus, and Daniel C. Funk, Wooster, for defendant in error.

For full opinion see 6 OO 230; 52 Oh Ap 89.